DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA  94596
(925) 933-5100

Attorney for CHARLES ROCK

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff, )<br>  )<br> vs. )<br>  )<br> CHARLES ROCK, )<br>  )<br>           Defendant. )<br>_____ ) | **Case No.  CR 14-00607 PJH**<br><br>STIPULATION AND<br>[PROPOSED] ORDER TO<br>CONTINUE INITIAL APPEARANCE |

    The parties are scheduled to appear in front of the Honorable Kandis Westmore for the initial appearance of defendant, CHARLES ROCK, on December 17, 2014 at 9:30 a.m.. The Defendant CHARLES ROCK, through his counsel, DEBORAH G. LEVINE, and the United States, through its counsel, Assistant United States Attorney MICAH WYATT, stipulate that the initial appearance be changed to December 23, 2014 to be heard on that date in front of Honorable Judge Bernard Zimmerman at 9:30 a.m. in San Francisco.

IT IS SO STIPULATED:

Dated: _____              _____/s/_____

                                          MICAH WYATT

                                          Attorney for United States

Dated: _____                    /s/_____

                                                       DEBORAH G. LEVINE

                                                       Attorney for Defendant

**ORDER**

UPON STIPULATION OF THE PARTIES, THE COURT HEREBY ORDERS THAT THE INITIAL APPEARANCE CURRENTLY SCHEDULED IN FRONT OF MAGISTRATE JUDGE KANDIS WESTMORE ON DECEMBER 17, 2014 AT 9:30 A.M. BE HEARD ON DECEMBER 23, 2014 AT 9:30 A.M. IN FRONT OF MAGISTRATE JUDGE ZIMMERMAN IN SAN FRANCISCO FEDERAL COURT, AT 9:30 A.M. IN COURTROOM D, 15TH FLOOR.

Dated: 12/16/14                    _____

                                                      KANDIS WESTMORE

                                                      United States Magistrate Judge